United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**17 CV 6160 (LDW) (SIL)**

indicated that this case is related to the following cases:

**17 CV 4547 (LDW) (ARL)**

**17 CV 4987 (JMA) (SIL)**