UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMIE O. ROBINSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA CONTAINERSHIPS INC., SYMEON P. PALIOS, ANDREAS MICHALOPOULOS, ANASTASIOS MARGARONIS, KALANI INVESTMENTS LIMITED, MURCHINSON LTD., MARC BISTRICER,<br><br>Defendants. | Civil Action No.: 17-cv-6160-LDW-SIL |
| LOGAN LITTLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA CONTAINERSHIPS INC., SYMEON P. PALIOS, ANDREAS MICHALOPOULOS and ANASTASIOS MARGARONIS,<br><br>Defendants. | Civil Action No.: 17-cv-6236-JS-AKT |
| EMMANUEL S. AUSTIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIANA CONTAINERSHIPS INC., SYMEON P. PALIOS, ANDREAS MICHALOPOULOS and ANASTASIOS MARGARONIS,<br><br>Defendants. | Civil Action No.: 17-cv-7329-ADS-AKT |

**DIANA INVESTOR GROUP'S MOTION FOR CONSOLIDATION OF THE ACTIONS, <u>APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CO-LEAD COUNSEL</u>**

Putative class members and Lead Plaintiff movants Burcin Ekser, Steven Gerber, and Gianfilippo Mogavero (collectively, the "Diana Investor Group" or "Movants"), by and through counsel, will, and hereby do, respectfully move this Court, on a date and at such time as may be designated by the Court, for an Order, submitted herewith: (1) consolidating the above-captioned actions; (2) appointing Diana Investor Group as Lead Plaintiff pursuant to §21D of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, *et seq.*; (3) approving Diana Investor Group's selection of the law firms of Scott+Scott, Attorneys at Law, LLP and Pomerantz LLP to serve as Co-Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is supported by the accompanying Memorandum of Law in Support of Diana Investor Group's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff and Approval of Co-Lead Counsel; Declaration of Thomas L. Laughlin, IV in support hereof and the exhibits attached thereto; all of the prior pleadings and proceedings filed herein; and such other written and oral argument as may be presented to the Court.

DATED: December 22, 2017
       New York, New York

Respectfully Submitted,
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**

  */s/ Thomas L. Laughlin, IV*
Thomas L. Laughlin, IV
Rhiana Swartz
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email:  tlaughlin@scott-scott.com
        rswartz@scott-scott.com

**POMERANTZ LLP**
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Proposed Co-Lead Counsel for*
*Lead Plaintiff Movant Diana Investor Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

    /s/ Thomas L. Laughlin, IV
Thomas L. Laughlin, IV
**SCOTT+SCOTT,**
**ATTORNEYS AT LAW, LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
Email: tlaughlin@scott-scott.com

*Proposed Co-Lead Counsel for*
*Lead Plaintiff Movant Diana Investor Group*