UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JIMMIE O. ROBINSON, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

- against -

DIANA CONTAINERSHIPS INC., SYMEON P. PALIOS, ANDREAS MICHALOPOULOS, ANASTASIOS MARGARONIS, KALANI INVESTMENTS LIMITED, MURCHINSON LTD. and MARC BISTRICER,

                Defendants.

2:17-cv-06160-BMC

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 1.4, Diana Containerships Inc., Symeon P. Palios, Andreas Michalopoulos and Anastasios Margaronis (the "Diana Defendants"), by and through their undersigned attorneys, hereby respectfully move this Court for an Order allowing Israel David to withdraw as counsel for the Diana Defendants in the above-referenced action.

Israel David is no longer a partner in, or otherwise associated with, the law firm of Fried, Frank, Frank, Harris Shriver & Jacobson LLP ("Fried Frank").

In accordance with the requirements of Local Civil Rule 1.4, the status of this action is that motions to dismiss in this action were fully briefed and submitted in October 2020 and remain pending; discovery is stayed. Also in accordance with the requirements of Local Civil Rule 1.4, this will confirm that Mr. David is not asserting a retaining or charging lien.

Fried Frank will continue to serve as counsel for the Diana Defendants in this action. I and other attorneys at Fried Frank will continue to represent the Diana Defendants.

Dated: New York, New York
October 7, 2022

        FRIED, FRANK, HARRIS, SHRIVER
          & JACOBSON LLP

        By:    */s/ Michael C. Keats*
                Michael C. Keats

        One New York Plaza
        New York, New York 10004-1980
        (212) 859-8000
        michael.keats@friedfrank.com

        Attorneys for Defendants
          Diana Containerships Inc., Symeon P. Palios,
          Andreas Michalopoulos and Anastasios
          Margaronis