# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMIE O. ROBINSON, Individually, and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>v.<br><br>DIANA CONTAINERSHIPS, INC, SYMEON P. PALIOS, KALANI INVESTMENTS LIMITED, MURCHINSON LTD., and MARC BISTRICER,<br><br>          Defendants. | 2:17-cv-06160-BMC<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

WHEREAS, no defendant in the above-captioned action, *Robinson v. Diana Containerships Inc.*, Case No. 2:17-cv-06160-BMC (E.D.N.Y.), brought before the United States District Court for the Eastern District of New York, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Lead Plaintiffs Burcin Ekser, Steven Gerber, and Gianfilippo Mogavero hereby voluntarily dismiss this Action, *with prejudice*, as to all defendants, all parties and counsel to bear their own attorneys' fees, expenses, and costs.

| | |
|---|---|
| DATED: November 25, 2024 | Respectfully submitted,<br><br>**POMERANTZ LLP**<br><br>*/s/  Brian Calandra*<br>Jeremy A. Lieberman<br>Brian Calandra<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Telephone: (212) 661-1100<br>Facsimile: (917) 463-1044 |

Email: jalieberman@pomlaw.com
Email: bcalandra@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, IL 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Deborah Clark-Weintraub
Thomas L. Laughlin, IV
Patrick J. McGahan
Jeffrey P. Jacobson
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
dweintraub@scott-scott.com
tlaughlin@scott-scott.com
pmcgahan@scott-scott.com
jjacobson@scott-scott.com

*Attorneys for Lead Plaintiffs Burcin Ekser, Steven Gerber, and Gianfilippo Mogaver*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2024, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

By: */s/ Brian Calandra*
Brian Calandra